443 A.2d 388

Rumpf, et ux. v. Rutledge Construction, Co., Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Submitted January 12, 1981. Robert W. Goehring, for appellant; Herbert J. Zeh, Jr., for Rumpf, appellees; Anthony J. Martin, for Nam, Inc., appellee.

Before SPAETH, ROWLEY and MONTGOMERY, JJ.

Order and judgment affirmed.